JOHN E. DEWULF (#006850)
jdewulf@cblawyers.com
VIDULA U. PATKI (#030742)
vpatki@cblawyers.com
**COPPERSMITH BROCKELMAN PLC**
2800 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 381-5475
Facsimile: (602) 224-6020

MICHAEL KEELEY
michael.keeley@strasburger.com
*(Motion for Admission Pro Hac Vice Pending)*
CARLA C. CRAPSTER
carla.crapster@strasburger.com
*(Motion for Admission Pro Hac Vice Pending)*
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4718
Facsimile: (214) 659-4121

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| MPB COLLECTION, LLC, | NO. _____ |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| EVEREST NATIONAL INSURANCE COMPANY, | |
| Defendant. | |

Everest National Insurance Company ("Everest") hereby removes this lawsuit from the Superior Court of Arizona, Maricopa County, to the United States District Court

{00327735.1 }
_____
**NOTICE OF REMOVAL**                                                                    **PAGE 1**

for the District of Arizona pursuant to 28 U.S.C. §§ 1332 and 1441, and would respectfully show the Court as follows:

## I.

## PARTIES

1. The plaintiff, MPB Collection, LLC ("MPB") is an Arizona limited liability company that has its principal place of business in Arizona. MPB's sole member is Metro Phoenix Bank, Inc. (the "Bank"). The Bank is an Arizona corporation with its principal place of business in Phoenix, Arizona. For purposes of diversity of citizenship, MPB is a citizen of Arizona and is not a citizen of Delaware or New Jersey.

2. Defendant Everest is a Delaware corporation, having been incorporated in the state of Delaware, with its principal place of business in New Jersey. For purposes of diversity of citizenship, Everest is a citizen of Delaware and New Jersey and is not a citizen of Arizona.

## II.

## BACKGROUND

3. On October 10, 2017, Plaintiff filed against Everest the lawsuit styled *MPB Collection, LLC v. Everest National Insurance Company*, Case No. CV2017-013705, pending in the Superior Court of Arizona, Maricopa County (the "State Court Lawsuit").

4. Everest was served with the Plaintiff's Complaint (the "Complaint") for the first time on October 11, 2017. A true and correct copy of the Complaint and summons are attached hereto as **Exhibit 1**, and incorporated herein by reference.

5. In its Complaint, Plaintiff alleges that Everest breached its contractual obligations under the terms of at least one of two Financial Institution Bonds that Everest issued to Metro Phoenix Bank, Inc. The first is Financial Institution Bond No. 8100008898-131, effective from May 22, 2013, through May 22, 2014, which was amended to terminate on October 24, 2014 (the "2013/2014 Bond"). The second is

Financial Institution Bond No. 8100008898-141, effective from October 24, 2014, through October 24, 2017 (the "2014/2017 Bond"). The Complaint also seeks attorney's fees incurred in this lawsuit.

## III.
## BASIS FOR REMOVAL

6. The State Court Lawsuit is removable to this Court under 28 U.S.C. §§ 1332(a)(1) and 1441(a). This Court has original jurisdiction based upon diversity of citizenship among the parties because there is complete diversity between the Defendant, Everest, and the Plaintiff, MPB. The amount in controversy between the parties, exclusive of interest and costs, exceeds $75,000.

## IV.
## DIVERSITY JURISDICTION EXISTS

**A.    Complete Diversity Exists**

7. This case is removable on the basis of diversity of citizenship. There is complete diversity, as required by 28 U.S.C. § 1332, between Plaintiff and Defendant. Plaintiff MPB is a limited liability company with only one member: a corporation that is both incorporated in and has its principal place of business in Arizona. MPB is therefore a citizen of Arizona. Everest is incorporated in Delaware and has its principal place of business in New Jersey, and is therefore a citizen of Delaware and New Jersey.

**B.    The Amount in Controversy Exceeds $75,000**

8. The Complaint states that the loss the Plaintiff is seeking to recover under "one or both" of the two bonds at issue: the 2013/2014 Bond and the 2014/2017 Bond. Complaint at ¶ 41. The Complaint also alleges that the amount of the loss at issue "exceeds the bonds' $2 million limit of liability." *Id.* at ¶ 32.

9. Plaintiff is also seeking to recover the attorney's fees incurred in prosecuting this lawsuit.

10. As a result, the amount in controversy exceeds $75,000 exclusive of interest and costs.

## V.
## VENUE

11. Venue is proper in this Court under 28 U.S.C. § 1441(a), because this district and division of this Court embraces Maricopa County, Arizona, the place where the State Court Lawsuit was filed.

## VI.
## OTHER PREDICATES FOR REMOVAL

12. Everest was served with the Complaint on October 11, 2017. This Notice of Removal is filed within thirty days of that date, as required by 28 U.S.C. § 1446(b)(1).

13. As required by 28 U.S.C. § 1446(a) and LRCiv 3.6, a true and correct copy of all executed process, pleadings, orders, and the docket sheet in the State Court Lawsuit, along with a verification by counsel for Everest that the attached copies are true and correct copies of those documents, are attached as **Exhibit 2**, and incorporated herein by reference.

14. The State Court Lawsuit was filed in the Superior Court of Arizona, Maricopa County as Cause No. CV2017-013705. In accordance with 28 U.S.C. § 1446(d), written notice of this Notice of Removal will be promptly given to Plaintiff through his counsel of record, and a copy of such written notice will be filed with the clerk of the court in the State Court Lawsuit.

15. By filing this Notice of Removal, Everest does not intend to waive any defenses that it may have to Plaintiff's claims.

Wherefore, Everest requests that the Court accept jurisdiction over this case against it for the reasons set forth above, and grant Everest such other and further relief to which it shows itself justly entitled.

DATED this 31st day of October, 2017.

        **COPPERSMITH BROCKELMAN PLC**

By:    */s/ John E. DeWulf*
    John E. DeWulf
    Vidula U. Patki
    2800 N. Central Avenue, Suite 1200
    Phoenix, Arizona 85004
     -and-

Michael Keeley
*(Motion for Admission Pro Hac Vice Pending)*
Carla c. Crapster
*(Motion For Admission Pro Hac Vice Pending)*
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:  (214) 651-4718
Telecopier:  (214) 659-4121

Attorneys for Defendant
Everest National Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record via electronic mail and regular mail on this the 31st day of October, 2017:

Christopher A. LaVoy
Tiffany & Bosco, P.A.
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
cal@tblaw.com

                */s/ John E. DeWulf*
                John E. DeWulf